```
      0 · *
  200 · 24 +
  556 · 20 +
2,239 · 25 +
2,995 · 69 *
```

MARCH 24 2010

# UNCLAIMED FUNDS

FILED
2010 MAR 25 PM 12:22
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

05-63695  ROBERT BEMIS
VIRGINIA BEMIS
CREDITOR DID NOT CASH CHECK
CHECK #418732 FOR $200.24
MARSALL FIELD
PO BOX 66955
ST LOUIS, MO  63166

06-61055  GINNA L DEIBLER
CREDITOR DID NOT CASH CHECK
CHECK #418733 FOR $556.20
BANK OF NEW YORK
3415 VISION DR
COLUMBUS, OH  43219

08-62300  STEVEN TAYLOR
LAWANDA TAYLOR
CREDITOR DID NOT CASH CHECK
CHECK #418734 FOR $2,239.25
WELLS FARGO FINANCIAL OHIO, INC
4137 121ST ST
URBANDALE, IA  50323

UNITED STATES BANKRUPTCY COURT
Northern District of Ohio
Canton Division

R1    000566 — SESHE
             March 25, 2010 12:27:59
Code    Case #    Qty    Amount
UF - UNCLAIMED FUNDS
        05-63695    10    $200.24CK
Debtor - BEMIS
UF - UNCLAIMED FUNDS
        06-61055    10    $556.20CK
Debtor - DEIBLER
UF - UNCLAIMED FUNDS
        08-62300    10    $2,239.25CK
Debtor - TAYLOR

TOTAL  —    $2,995.69
TEND   —    2,995.69
CHANGE —    0.00

FROM: TOBY L ROSEN
121 CLEVELAND AVE SW
CANTON OH 44702
330-455-2222